1 David P. Matthews
TX No. 13206200
2 Jason C. Webster
TX No. 24033318
3 **MATTHEWS & ASSOCIATES**
2905 Sackett St.
4 Houston, TX 77098
(713) 522-5250
5 (713) 535-7184 facsimile
Attorneys for Plaintiffs
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

11

12 IN RE: BEXTRA AND CELEBREX ) **Case No. 06-5913 CRB**
MARKETING SALES PRACTICES AND )
13 PRODUCT LIABILITY LITIGATION ) **MDL NO. 1699**
) **District Judge: Charles R. Breyer**
14

15 Janie Martinez, Individually and on behalf of )
Juan Amador, ) **STIPULATION AND ORDER OF**
16 ) **DISMISSAL WITH PREJUDICE**
Plaintiffs, )
17 )
vs. )
18 )
Pfizer Inc., et al. )
19 Defendants. )

20

21     Come now the Plaintiff, Janie Martinez, Individually and on behalf of Juan Amador, and

22 Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23 Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24 the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____ |
| | | David P. Matthews |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____ |
| | | Michelle W. Sadowsky |
| 8 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**